1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

2:09-CV-1972 JCM (LRL)

BANK OF AMERICA, N.A.,

8                    Plaintiff,

9    v.

10   MARCELLO AIRPORT CENTER
11   LLC,

12                    Defendant.

13

14                              **ORDER**

15         Presently before the court is receiver Douglas P. Wilson's motion to approve the final report

16   and accounting of receiver and discharge the receiver.  (Doc. #24).  To date, no oppositions have

17   been filed.

18         On November 19, 2009, the court appointed Douglas P. Wilson as receiver with respect to

19   the property and premises located at N. Rancho Drive and W. Carey Avenue in North Las Vegas,

20   Clark County, Nevada (the "property"). (Doc. #14).  Section 7 of the order appointing receiver states

21   that "the receiver shall relinquish possession and control of the property to borrower if the loan is

22   paid in full or to the purchaser at any judicial or nonjudicial foreclosure under the deed of trust or

23   applicable law, pending approval of the receiver's final account and report to the court." (Doc. #14).

24         The property was sold at a trustee sale on February 1, 2010, and therefore this receivership

25   is no longer necessary and should be discharged pursuant to section 7 of the order appointing

26   receiver.  Accordingly,

27

28

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that receiver Douglas P.

2    Wilson's motion to approve the final report and accounting of receiver and discharge the receiver

3    (Doc. #24) be, and the same hereby is, GRANTED.

4    IT IS FURTHER ORDERED that the receiver's final report and account is APPROVED.

5    IT IS FURTHER ORDERED that the receiver's fees and costs are APPROVED in the

6    amount of $33,189.77.

7    DATED May 12, 2010.

8

9    _____
     **UNITED STATES DISTRICT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                        - 2 -