1  Michael Stein, Esq.
   Nevada Bar No. 4760
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV  89169
   Telephone (702) 784-5200
4  Facsimile: (702) 784-5252
   E-mail: mstein@swlaw.com
5
6  *Attorneys for Plaintiff*

7

8                 **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10 VIRTUAL REALTY ENTERPRISES, LLC,        Case No.: 2:09-cv-01782-JCM-LRL
   a Missouri limited liability company,
11
                Plaintiff,                  **STIPULATION OF DISMISSAL**
12                                          **WITH PREJUDICE PURSUANT TO**
                                            **FED. R. CIV. P. 41(a)(1)(A)(ii)**
13        vs.

14 MARCELLO AIRPORT CENTER, LLC, a
   Nevada limited liability company,
15
                Defendant.
16

17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

13707660

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Virtual

2  Realty Enterprises, LLC and Marcello Airport Center, LLC, through their respective

3  counsel of record, that the above captioned matter be dismissed with prejudice as to all

4  parties, each party bearing their own costs and attorney fees.

5

6  DATED this 14 day of September 2011      DATED this 14 day of September 2011

7  SNELL & WILMER L.L.P.                      DEANER, MALAN, LARSEN & CIULLA

8

9  By: _____               By: _____

10   Michael Stein, Esq. (Bar No. 4760)         Brent A. Larsen, Esq. (Bar No. 1184)
11   3883 Howard Hughes Parkway                  720 S. Fourth Street, Suite 300
     Suite 1100                                  Las Vegas, NV 89101
12   Las Vegas, NV 89169

13   *Attorneys for Plaintiff*                   *Attorneys for Defendant*
14   *Virtual Realty Enterprises*                *Marcello Airport Center, LLC*

15

16

17

18

19

20   IT IS SO ORDERED this 27 day of
     September, 2011.
21   _____

22   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

13707660                            - 2 -

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2011, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel being registered to receive Electronic Filing.

An employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

13707660

- 3 -